EASTERN DIST.
*April*, 1839.

PAVAGEAU, F.M.C.
*vs.*
HIS CREDITORS.

---

### PAVAGEAU, F. M. C., *vs.* HIS CREDITORS.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-ORLEANS.

No appeal lies from an order of court, recognizing a creditor of an insolvent to be a *mortgage creditor*, and paid by preference as such.

The plaintiff having made a surrender of his property for the benefit of his creditors, who appointed syndics, Elisha Crocker presented a note of $787, the payment of which he alleged was secured by a special mortgage on one of the slaves surrendered by the insolvent. He prayed to be recognized as a mortgage creditor on this slave for the amount of

his note, and paid by preference out of the proceeds of sale of said slave. The syndics resisted his claim; but the judge ordered his petition to be filed, and that he be recognized as a mortgage creditor accordingly. The syndics appealed.

*J. Seghers*, for the appellants.

*Strawbridge, contra.*

*Eustis, J.,* delivered the opinion of the court.

The appellee, Elisha Crocker, the holder of a promissory note of the insolvent, bearing a mortgage, applied to the judge of the court below, to be recognized as a mortgage creditor of the insolvent, and to be paid accordingly. The judge gave an order that he be recognized as a mortgage creditor of the insolvent. We are of opinion, that no appeal will lie from this order. It is merely provisional. It does not prevent the claim of the creditor from being contested on the tableau of distribution.

The appeal is therefore dismissed, with costs.